UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:09-cr-33-T-30TBM

MICHAEL ANTONIO BROWN

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion of the United States of America for Entry of a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, which, at sentencing, will be a final judgment of forfeiture as to defendant Michael Antonio Brown's interest in one Kel Tec .380 caliber handgun and ammunition.

The Court, being fully advised in the premises, finds that the government has established the requisite *nexus* between the firearms offense charged in Count Three of the Superseding Indictment, in violation of 18 U.S.C. § 924(c)(1), for which the defendant has been found guilty, and the Kel Tec .380 caliber handgun and ammunition. (Doc. 1) Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that, for good cause shown, the motion of the United States is GRANTED.

IT IS FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), all right, title, and interest of defendant Michael Antonio Brown in the Kel Tec .380 caliber

handgun and ammunition are hereby **CONDEMNED** and **FORFEITED** to the United States of America for disposition according to law.

Following entry of this order, pursuant to 21 U.S.C. § 853(n), as incorporated by the provisions of 28 U.S.C. § 2461(c), and Rule 32.2(b)(6)(A) of the Federal Rules of Criminal Procedure, the United States will publish notice of the order in accordance with the provisions of Rule 32.2(b)(6)(C), and will send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding, in accordance with the provisions of Rule 32.2(b)(6)(D). Fed. R. Crim. P. 32.2(b)(6)(A).

Pursuant to Rule 32.2(c), if a third party files a petition claiming an interest in the firearm and ammunition, the Court will conduct an ancillary proceeding to determine the validity of the petitioner's alleged interest in the forfeited asset. Fed. R. Crim. P. 32.2(c)(1).

Upon adjudication of all third-party interests in the firearm and ammunition, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), in which all interests will be addressed. Fed. R. Crim. P. 32.2(c)(2).

The Court retains jurisdiction to enter any orders necessary for the forfeiture and disposition of the Kel Tec .380 caliber handgun and ammunition, and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on December 14, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE