UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:09-cr-33-T-30TBM

MICHAEL ANTONIO BROWN

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a Final Judgment of Forfeiture (Doc. 36), pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2), for a Kel Tec .380 caliber handgun and ammunition. The Court, being fully advised in the premises, hereby finds as follows:

1.   On December 10, 2009, the United States filed a Motion for Entry of a Preliminary Order of Forfeiture, seeking forfeiture of defendant Michael Antonio Brown's right, title and interest in a Kel Tec .380 caliber handgun and ammunition, pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). (Doc. 28).

2.   On December 14, 2009, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the United States of America all of the defendant's interest in the firearm and ammunition. (Doc. 29).

3. On December 21, 2009, defendant Michael Antonio Brown was sentenced, and the weapon and ammunition were found subject to forfeiture and included in the Judgment. (Docs. 30 and 31).

4. In accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), from January 23, 2010 through February 21, 2010, the United States published notice of the forfeiture, and of its intent to dispose of the firearm and ammunition, on the official government website, www.forfeiture.gov. (Doc. 32). The publication gave notice to all third parties with a legal interest in the firearm and ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

5. No persons or entities, other than the defendant, Michael Antonio Brown, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, are known to have an interest in the firearm and ammunition. No third party has filed a petition or claimed an interest in the firearm and ammunition, and the time for filing such petition has expired.

6. The Court finds that the Kel Tec .380 caliber handgun and ammunition are the property of defendant Michael Antonio Brown.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 36) is **GRANTED**. It is FURTHER ORDERED that all right, title, and interest in the Kel Tec .380 caliber handgun and ammunition are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2), for disposition according to law.

Clear title to the Kel Tec .380 caliber handgun and ammunition is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on April 16, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2009\09-cr-33.fj 36.wpd